AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACQUELINE FREEMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-173

V.

KIRK DOUGLAS FREEMAN,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 20, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the amended complaint is dismissed, and this civil action stands closed.

July 20, 2023  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020